# United States District Court
# For The Western District of North Carolina
# Asheville Division

WILLIAM THOMAS BARNES,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

vs.                                              1:07cv256-02-M

ROY COOPER, North Carolina
 Attorney General,

    Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2007 Order.

                                                   FRANK G. JOHNS, CLERK

August 13, 2007

                                     BY:   s/Elizabeth J. Barton
                                                Elizabeth J. Barton, Deputy Clerk